631 A.2d 595

**Kenneth SHANNON (WORKMEN'S COMPENSATION APPEAL BOARD), Appellant,**

v.

**CITY OF ERIE.**

Supreme Court of Pennsylvania.

Argued Sept. 20, 1993.

Decided Oct. 15, 1993.

### *ORDER*

PER CURIAM:

Order affirmed.

LARSEN and PAPADAKOS, JJ., dissent.